

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA ex )
rel. MUBBASHIR M. KHAN, )
  )
    Plaintiff-Relator, )
  )
v. )  CASE NO. CV413-200
  )
SENIOR PSYCH SOLUTIONS CORP., )
a Florida Corporation d/b/a )
Salus Behavioral Health, )
  )
    Defendant. )
  )

## O R D E R

Before the Court are the Government's Notice of Settlement (Doc. 16) and Notice of Voluntary Dismissal (Doc. 19). Pursuant to 31 U.S.C. § 3730(b)(1), a Government motion resulting in the dismissal of claims brought under the qui tam provisions of the False Claims Act requires the Court's written consent. After careful consideration and a review of the parties' proposed settlement agreement, the Court finds the terms of settlement to be appropriate in light of the facts of this case. The Court need not discuss the agreement's provisions at length. In short, however, it is the Court's understanding that Defendant has agreed to pay to the Government $253,462.44 plus 1.875% interest per annum for twenty-four months for a total of $258,039.32. (Doc. 16 at 15.) The Government shall in turn pay Relator

seventeen percent of each principal payment for a total of $43,866.71. (Id.) In addition, Defendant has agreed to pay Relator's counsel $60,000 in attorney's fees and costs. (Id. at 2-3.) The Court also notes that Relator Khan does not object to the settlement agreement negotiated by the Government. (Id. at 6.) Accordingly, the parties' proposed settlement agreement is **APPROVED**.

Because the settlement agreement is approved, the Court turns its attention to the Government's Notice of Voluntary Dismissal. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), an action may be dismissed upon the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by the Government, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of June 2015.

WILLIAM T. MOORE, JR.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA